UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON SQUARE INN, LLC,<br><br>    Defendant. | Case No. 20-cv-07189-JSC<br><br>**ORDER RE: MOTION TO DISMISS AND PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 18 & 21 |

Before the Court are Defendant's motion to dismiss, Plaintiff's notice of intent to file a first amended complaint, and Plaintiff's first amended complaint. (Dkt. Nos. 18, 20, 21.) After Defendant filed its motion to dismiss, Plaintiff filed a notice of intent to file an amended complaint on March 10, 2021. (Dkt. No. 20.) Plaintiff then filed the first amended complaint on March 16, 2021. (Dkt. No. 21.)

In response to Plaintiff's notice and amended complaint, Defendant argues that because Plaintiff filed his notice rather than an opposition to Defendant's motion to dismiss that Plaintiff does not oppose the motion. (Dkt. No. 23 at 2-3.) For this reason, Defendant's argument goes, the Court should grant its motion to dismiss. (*Id.*) The Court disagrees.

Federal Rule of Civil Procedure 15(a)(1)(B) permits a litigant to amend their pleading, if it is one "to which a responsive pleading is required," as a matter of course within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b)[.]" Here, Defendant filed its motion to dismiss on February 24, 2021. (Dkt. No. 18.) Plaintiff filed his amended complaint on March 16, 2021—within the 21-day period that Rule 15 contemplates. (Dkt. No. 21.) *See* Fed. R. Civ. P. 15(a)(1)(B). Therefore, because Plaintiff's filing complies with Rule 15, it does not matter that Plaintiff first filed a "notice of intent" to file the amended

complaint rather than an opposition to Defendant's motion.

Accordingly, Defendant's motion to dismiss is TERMINATED.  Plaintiff's amended complaint is the action's operative complaint, and Defendant must file a response to the amended complaint within 14 days of this Order.

This Order disposes of Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: March 26, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2